

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00264-CR

**PATRICK TIMOTHY SAMPLES,**

$\qquad\qquad\qquad\qquad\qquad\qquad$ **Appellant**

 **v.**

**THE STATE OF TEXAS,**

$\qquad\qquad\qquad\qquad\qquad\qquad$ **Appellee**

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20143049CR1

## MEMORANDUM OPINION

Patrick Timothy Samples attempts to appeal from his convictions for the offenses of driving while intoxicated and possession of marijuana. The certificate of right to appeal indicates that Samples waived his right to appeal. TEX. R. APP. P. 25.2(d).

Accordingly, the appeal is dismissed. [1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 6, 2015
Do not publish
[CR25]



---

days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).